**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TAMMY LYNN WILSON** **PLAINTIFF**

**v.** **Case No. 4:25-cv-00668-KGB-JTK**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION** **DEFENDANT**

# ORDER

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 15). The time for filing objections to the Recommendation has passed, and no objections have been filed. The Recommendation concludes the Administrative Law Judge erred in determining plaintiff Tammy Lynn Wilson's residual functioning capacity, and the decision is not supported by substantial evidence (*Id.*, at 6). The Recommendation recommends that this Court reverse the Commissioner's decision and remand the matter to the Commissioner for further proceedings (*Id.*). After reviewing the Recommendation, the Court adopts the Recommendation as its findings in all respects (*Id.*).

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

So ordered this 22nd day of September, 2026.

Kristine G. Baker
Chief United States District Judge